Kathleen C. Jeffries (State Bar No. 110362)
kjeffries@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile: (626) 795-4790

Attorneys for Plaintiff
L.J. ROGERS LOGISTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.J. ROGERS LOGISTICS, INC., a North Carolina corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SPEED TRANS LLC, a Washington limited liability company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 22-cv-01078-NC<br><br>STIPULATION RE DISMISSAL WITH PREJUDICE; AND ORDER THEREON<br><br>Case Management Conference and Hearing on Motion for Default Judgment<br><br>Current Date: June 15, 2022<br>Time: 1:00 p.m.<br>Place: Courtroom 5<br>    San Jose Courthouse |

    IT IS HEREBY STIPULATED by and between the parties to this action, plaintiff L.J. Rogers Logistics, Inc. and defendant Speed Trans LLC, by and through their respective counsel of record, that a settlement agreement has been reached for full resolution of this action;  that the terms of the settlement agreement have been

/ / /

/ / /

/ / /

/ / /

1

satisfied; and that the case may now be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  June 7, 2022	SCOPELITIS, GARVIN, LIGHT,
	HANSON & FEARY, LLP

	By:	/s/ Kathleen C. Jeffries
		Kathleen C. Jeffries
		Attorneys for Plaintiff
		L.J. ROGERS LOGISTICS, INC.

Dated:  June 7, 2022	STRUCTURE LAW GROUP, LLP

	By:	/s/ Ethan G. Solove
		Ethan G. Solove
		Attorneys for Defendant
		SPEED TRANS LLC

Pursuant to Local Rule 5-1(i)(3), I attest that Ethan G. Solove concurs in the content of this pleading and has authorized the filing.

	By:	/s/ Kathleen C. Jeffries
		Kathleen C. Jeffries

ORDER

Based upon the stipulation by and between the parties to this action, by and through their respective counsel of record, and the facts that a settlement agreement has been reached between the parties for full resolution of this action and that the terms of the settlement agreement have been satisfied,

IT IS HEREBY ORDERED that the entire case is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: June 8, 2022	_____
	Mag
	United                       urt

	GRANTED
	Judge Nathanael M. Cousins

4859-9369-1428, v. 1

2